## IN THE MATTER OF THE ADOPTION OF JANE DOE, A FEMALE MINOR CHILD.

### No. 3073.

FILED DECEMBER 30, 1957.                    DECIDED JANUARY 13, 1958.

RICE, C. J., MARUMOTO, J., AND CIRCUIT JUDGE HEWITT IN PLACE OF STAINBACK, J., ABSENT.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument. The petition repeats matters fully briefed and argued by counsel on the hearing on appeal and fully considered by this court.

*Louis Le Baron* for the petition.